# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

BOBBIE L. WASHINGTON,    )
        )
      Plaintiff,    )
        )      CIVIL ACTION NO.
VS.    )
        )      3:07-CV-1768-G (BH)
MICHAEL J. ASTRUE, Commissioner of   )
the Social Security Administration,   )      **ECF**
        )
      Defendant.    )

## ORDER

After making an independent review of the pleadings, files and records in this case, and the findings, conclusions, and recommendation of the of the United States Magistrate Judge, I am of the opinion that the findings, conclusions, and recommendation of the magistrate judge are correct and are adopted as the findings and conclusions of the court.

It is therefore **ORDERED** that the findings, conclusions, and recommendation of the United States Magistrate Judge are **ADOPTED**.  Accordingly, plaintiff's

motion for summary judgment, filed May 5, 2008, is **GRANTED**.  Defendant's

motion for summary judgment, filed July 7, 2008, is **DENIED**.

November 14, 2008.

_A. Joe Fish_____

**A. JOE FISH**
**Senior United States District Judge**